

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2026

No. 04-25-00834-CV

**IN RE** Andrew Thomas **LEACH**

Original Proceeding[1]

**ORDER**

Sitting:  Rebeca C. Martinez, Chief Justice
     Lori Massey Brissette, Justice
     Velia J. Meza, Justice

    Relator filed his petition for writ of mandamus on December 26, 2025, seeking to compel the transfer of the underlying case from Val Verde County to Guadalupe County. Relator also filed an emergency motion for temporary relief seeking to stay all proceedings in the underlying matter, including a hearing on the motion to transfer venue that is scheduled for January 5, 2026. Having considered the petition, record, and emergency motion to stay, this court has determined that relator has not established that he is entitled to the relief sought. The petition for writ of mandamus is **DENIED**. The emergency motion for temporary relief is **DENIED AS MOOT**.

    It is so **ORDERED** on January 7, 2026.

_____
Rebeca C. Martinez, Chief Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of January, 2026.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2024-0070-FAM, styled *In the Interest of L.T.L., A.P.L., C.B.L., and J.J.L., Children*, pending in the 63rd Judicial District Court, Val Verde County, Texas, the Honorable Walden Shelton presiding.